## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS WELFARE FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS DEFERRED SAVINGS )
FUND, TRUSTEES OFTHE CHICAGO )
PAINTERS AND DECORATORS )
APPRENTICESHIP FUND, TRUSTEES OF )
THE CHICAGO PAINTERS AND )
DECORATORS SCHOLARSHIP FUND, )
TRUSTEES OF THE CHICAGO )      No. 26-cv-1043
PAINTERS AND DECORATORS JOINT )
COOPERATION TRUST FUND, and TRUSTEES )      Judge Joan H. Lefkow
OF THE CHICAGO PAINTERS AND )
DECORATORS RETIREMENT SAVINGS )
FUND. )
                     Plaintiffs, )
    v. )
                             )
DESTINY SERVICES, INC. )
an Illinois corporation. )
                     )
                     Defendants. )

## PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN AND ORDER OF DEFAULT AND AUDIT ORDER

Plaintiffs, by and through their attorneys, PAUL M. EGAN, GRANT R. PIECHOCINSKI, JAMES R. ANDERSON, and ARNOLD AND KADJAN, LLP, move the Court to enter an order of default against the Defendant. In support of their Motion, the Plaintiffs state as follows:

## COUNT I

1. This is an action to recover fringe benefit fund contributions and other amounts due and owing based upon breaches of collective bargaining agreements, Declarations of Trust, and

applicable provisions of the Employee Income Security Act of 1974 29 U.S.C. §1001 et seq. ("ERISA").

2. This case was filed on January 29, 2026.

3. The Defendant was served on March 18, 2026. (Docket Entry 10).

4. More than twenty-one (21) days have passed after service of process and the Defendant has not served an answer or any other responsive pleading.

5. A fringe benefit compliance audit was completed for the period of **January 1, 2020 through December 31, 2023.** (Ex. A Richard J. Wolf Affidavit ¶2).

6. The audit revealed a total of $25,685.55 (Ex A. ¶ 4).

7. Plaintiffs have incurred $2,535.00 in fees and costs in this litigation. (Ex. B Piechocinski Declaration ¶6).

8. Therefore, Defendant owes $28,220.85 including attorneys' fees and costs.

**WHEREFORE,** Plaintiffs pray for the following relief:

A. That this Court enter judgment against the Defendant in the amount of $28,220.85.

## COUNT II

1. This is an action to recover fringe benefit fund contributions and other amounts due and owing based upon breaches of collective bargaining agreements, Declarations of Trust, and applicable provisions of the Employee Income Security Act of 1974 29 U.S.C. §1001 et seq. ("ERISA").

2. This case was filed on January 29, 2026.

3. The Defendant was served on March 18, 2026. (Docket Entry 10).

4. More than twenty-one (21) days have passed after service of process and the Defendant has not served an answer or any other responsive pleading.

5. A fringe benefit fund contribution compliance audit of the Defendant company, Destiny Services, Inc. for the period of **January 1, 2024 through the present** is necessary in order to determine the full extent of Plaintiff's damages.

**WHEREFORE,** Plaintiffs pray that this Court grant the following relief:

A. That the Defendant be found to be in default;

B. That Defendant be ordered to produce its books and records for a fringe benefit fund contribution compliance audit for **January 1, 2024 through the present**; and

C. The Court retain jurisdiction to enter a judgment in favor of Plaintiffs and against Defendant for all amounts owed in this action, including contributions, liquidated damages, interest, and attorneys' fees and costs.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND ET AL.,**

By:    /s/ Grant R. Piechocinski
            One of Plaintiffs' attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601.
(312)236-0415